deficbk 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

NORCROSS 1 BUSINESS Trust

Chapter 7

Bankruptcy No. 23–00324

Debtor

## NOTICE AND ORDER REGARDING INCOMPLETE FILING

**NOTICE IS HEREBY GIVEN** that on April 25, 2023, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☑ Schedule A/B | ☑ Schedule D | ☑ Schedule E/F |
| ☑ Schedule G | ☑ Schedule H | ☐ Schedule I (Ind. Debtor Only) |
| ☐ Schedule J (Ind. Debtor Only) | ☐ Schedule J–2 (Ind. Jt. Debtor Only) | ☐ Corporate Ownership Statement |
| ☐ Payment Advices (Debtor) | ☐ Payment Advices (Jt. Debtor) | ☑ Statement of Financial Affairs |
| ☐ Credit Counseling Certificate (Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☐ Declaration About an Individual Debtor's Schedules |
| ☑ Summary of Assets and Liabilities | ☐ Chapter 13 Plan | ☐ Statement of Current Monthly Income |

☑ Other: Declaration for Non–Individual Debtors (Form 202). Local Rule 9010–1(c)(1) states: "Only an individual may appear on his or her own behalf (pro se). Artificial persons such as corporations and partnerships must be represented in any proceeding by a licensed attorney. Artificial persons need not be represented by an attorney in order to appear at the meeting of creditors held pursuant to 11 U.S.C. Section 341 or to file proofs of claim, ballots in chapter 11 cases or acceptances or rejections of plans in cases under chapter 12 or 13."

**IT IS HEREBY ORDERED** that the filing party shall cure the deficient filing(s) as described in the above no later than **14** days from the filing date of the petition.

**IT IS FURTHER ORDERED** that if the filing party fails to cure described deficiencies within the applicable periods, the case or proceeding may be dismissed without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the Court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States Trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

Ordered: April 25, 2023

Thad J. Collins  
Chief Bankruptcy Judge